ANNA FORKIN v. GEORGE W. SCHIRMER and Another.—Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE L. SILVERMAN v. ROBERT M. SILVERMAN.— Motion to dismiss appeal from order entered November 21, 1930, granted, with ten dollars costs. Motion to dismiss appeal from order entered November 25, 1930, granted. with ten dollars costs, unless appellant procure the record to be filed with notice of argument so appeal can be argued or submitted on January 22, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RUTH WHITELAW, Respondent, Appellant, v. DEL BALSO CONSTRUCTION CORPORATION, Appellant, and THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs of this appeal to the plaintiffs against the defendant Del Balso Construction Corporation, and to the defendant The City of New York against the plaintiffs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. SARAH BENNETT, Appellant, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

A. PERRY OSBORN and Others, Plaintiffs, v. MARTIN A. O'MARA, Appellant, Impleaded with GEORGE C. VAN TUYL, JR., Respondent, and DAVID LAMAR, Defendant.— Order affirmed, with ten dollars costs and disbursements to the respondent, with leave to defendant Martin A. O'Mara to answer the complaints contained in the answer of defendant George C. Van Tuyl, Jr., within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOZER GESSULA, an Infant, by LEON GESSULA, His Guardian ad Litem, Respondent, v. JULIUS FINKEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAMES JOHNSON, Respondent, v. DISINFECTING AND EXTERMINATING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ABRAHAM I. SHAPIRO, Doing Business as THE GREATER NEW YORK REALTY COMPANY, Respondent, v. SELIG SUDARSKY and EFRAIM SUDARSKY, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SCHLOSS BROS. & CO., INCORPORATED, Respondent, v. RICHARD WALTER BENNETT and SAMUEL ROSENBERG, Individually and as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SCHLOSS BROS. & CO., INCORPORATED, Respondent, v. RICHARD WALTER BENNETT and SAMUEL ROSENBERG, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SCHLOSS BROS. & CO., INCORPORATED, Respondent, v. RICHARD WALTER BENNETT and SAMUEL ROSENBERG, Individually and as Copartners, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.